**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD WEEKLEY, JR.<br><br>PLAINTIFF(S)<br>v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 13-04760-RZ<br><br>**JUDGMENT ON THE VERDICT**<br>**FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable RALPH ZAREFSKY, U. S. Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

RONALD WEEKLEY, JR.

take nothing; that the action be dismissed on the merits; and that the defendant(s):

MIGUEL REYNOSO, ARTURO GONZALEZ, FRANCISCO ULLOA AND AQUILES MORALES

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

                                       Clerk, U. S. District Court

Dated: JUNE 25, 2014          By    /s/ ILENE BERNAL
                                             Deputy Clerk

cc:    Counsel of record